Trinette G Kent
Kent Law Offices
3219 E Camelback Rd.
Suite 588
Phoenix, AZ 85018
Tel: 480-247-9644
Fax: 480-717-4781
Email: Tkent@Kentlawpc.Com
Attorneys for Plaintiff Cristina Bruner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristina Bruner,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-02542-SPL<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Cristina Bruner ("Plaintiff") hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before September 19, 2017.  The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED this 5th day of September, 2017.

                                         */s/ Trinette G Kent*
                                         Trinette G Kent
                                         Kent Law Offices
                                         3219 E Camelback Rd.
                                         Suite 588
                                         Phoenix, AZ 85018
                                         Tel: 480-247-9644
                                         Fax: 480-717-4781
                                         Email: Tkent@Kentlawpc.Com
                                         ***Counsel for Plaintiff Cristina Bruner***

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and mailed a copy of same to the following if non-registrants on the 5th day of September, 2017.

Christopher A. Meyers
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Jonathan Adam Dessaules
Dessaules Law Group
5353 N 16th St., Ste. 110
Phoenix, AZ 85016

     s/ Amber Gingiloski