IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristina Bruner,<br><br>                    Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>                    Defendants. | No. CV-17-02542-PHX-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's September 5, 2017 Order (Doc. 18),

**IT IS ORDERED t**hat *Defendant Equifax Information Services, LLC* is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** Defendant Equifax Information Services, LLC as a party in this action.

Dated this 21st day of September, 2017.

*/s/ Steven P. Logan*
Honorable Steven P. Logan
United States District Judge