TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Cristina Bruner*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristina Bruner, | Case No.: 2:17-cv-02542-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC, ONLY** |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a

Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: December 4, 2017                KENT LAW OFFICES


                                       By:  */s/  Trinette G. Kent*
                                       Trinette G. Kent
                                       Attorneys for Plaintiff,
                                       Cristina Bruner