1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

8   Cristina Bruner,                              )   No.  CV-17-02542-PHX-SPL
                                                  )
9                          Plaintiff,             )
                                                  )   **ORDER**
10  vs.                                           )
                                                  )
11  Experian Information Solutions, Inc.,         )
12  et al.,                                       )
                                                  )
13                         Defendants.            )

14

15        Having considered the parties' stipulation,

16        **IT IS ORDERED:**

17        1.  That the Stipulation for Dismissal (Doc. 37) is **granted**;

18        2.  That Defendant Experian Information Solutions, Inc. is **dismissed with**

19  **prejudice**;

20        3.  That each party shall bear its own costs and attorneys' fees; and

21        4.  That, Defendant Experian Information Solutions, Inc. being the only remaining

22  defendant in this case, the Clerk of Court shall **terminate** this action.

23        Dated this 19th day of March, 2018.

24

25                                                Honorable Steven P. Logan
26                                                United States District Judge

27

28